CUYAHOGA COUNTY BAR ASSOCIATION *v.* WEIRICH.

[Cite as *Cuyahoga Cty. Bar Assn. v. Weirich* (2000), 89 Ohio St.3d 115.]

(No. 99–1897—Submitted February 9, 2000—Decided May 31, 2000.)

*Howard A. Schulman* and *Robert J. Vecchio,* for relator.

*William C. Weirich, pro se.*

---

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.